## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**Miscellaneous Matter No. 14-232 & 14-231**

| | |
|---|---|
| _____ : | |
| **IN RE:** : | |
| **RITE WAY ELECTRIC, INC.,** : | **Chapter 7** |
| : | |
| **Debtor,** : | **No. 11-19633 (SR)** |
| _____ : | |
| : | |
| **TERRY P. DERSHAW, TRUSTEE, by** : | |
| **SILVERANG, DONOHOE,** : | **Adv. Pro. No. 14-00026** |
| **ROSENZWEIG & HALTZMAN, LLC,** : | |
| **Special Counsel to Chapter 7 Trustee,** : | |
| **Plaintiff,** : | |
| : | |
| **v.** : | |
| : | |
| **Albert A. Ciardi, III,** : | |
| **Defendant.** : | |
| _____ : | |
| : | |
| **TERRY P. DERSHAW, TRUSTEE, by** : | |
| **SILVERANG, DONOHOE,** : | |
| **ROSENZWEIG & HALTZMAN, LLC,** : | |
| **Special Counsel to Chapter 7 Trustee,** : | **Adv. Pro. No. 14-00027** |
| **Plaintiff,** : | |
| : | |
| **v.** : | |
| : | |
| **Ciardi Ciardi & Astin, P.C.,** : | |
| **Defendant.** : | |
| _____ : | |

## <u>ORDER</u>

**AND NOW**, this 16th day of February, 2017, upon consideration of the Motion to

Withdraw Reference by Defendant Albert A. Ciardi, III (Docket No. 1), the Response in

Opposition by the Trustee and Special Counsel to Chapter 7 Trustee (Docket No. 3), and

the Defendant's Reply (Docket No. 6); and the Motion to Withdraw Reference by

Defendant Ciardi Ciardi & Astin, P.C. (Docket No. 1), the Response in Opposition by the

Trustee (Docket No. 3), and the Defendant's Reply (Docket No. 6), it is hereby

**ORDERED** that the Defendants' Motions to Withdraw Reference are **DENIED**

**WITHOUT PREJUDICE**.

BY THE COURT:

*/s/ Lawrence F. Stengel*

LAWRENCE F. STENGEL, J.